IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**BILL and EDITH RAMSEY**                                              **PLAINTIFFS**

**VS.**                            **CASE NO. 4:07CV00790**

**SOUTHEASTERN EMPLOYEE BENEFIT
SERVICES, INC., FIRST CHARTER
CORPORATION, PAYCHEX, INC., and
STEPHENS INC. d/b/a STEPHENS
CAPITAL MANAGEMENT**                                                   **DEFENDANTS**

## ORDER

After consideration of the motion to admit counsel Irving M. Brenner *pro hac vice*, and it appearing to the Court that Mr. Brenner meets the admission requirements to appear in this Court and for good cause shown;

IT IS HEREBY ORDERED that said motion, docket #19, should be, and hereby is, GRANTED.

SIGNED this 18th day of October, 2007.

_____
James M. Moody
United States District Judge