IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

BILL and EDITH RAMSEY                                                               PLAINTIFFS

VS.                                         CASE NO.  4:07CV00790

SOUTHEASTERN EMPLOYEE BENEFIT
SERVICES, INC., FIRST CHARTER
CORPORATION, PAYCHEX, INC., and
STEPHENS INC. d/b/a STEPHENS
CAPITAL MANAGEMENT                                                                  DEFENDANTS

## ORDER

Pending are Defendants' motions to dismiss. (Docket #'s 7 and 9). Plaintiffs have responded. The Court entered an Order on this date denying Plaintiffs' motion to remand based upon a finding that Plaintiffs' claims are preempted by ERISA. Defendants' motions to dismiss argue that Plaintiffs' complaint should be dismissed because it fails to state a claim as a matter of law; Plaintiffs lack standing and Plaintiffs cannot state a claim as a plan participant under ERISA.

The Court finds that Plaintiffs should be allowed an opportunity to amend their complaint to state a viable cause of action. Accordingly, Defendants' motions to dismiss are denied. Plaintiffs will be allowed twenty (20) days from the entry of this order to file an amended complaint.

IT IS SO ORDERED this 24th day of January, 2008.

_____
James M. Moody
United States District Judge