IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

BILL and EDITH RAMSEY, and
SUNRISE ARKANSAS INC. PLAN SPONSOR                    PLAINTIFFS

v.                      No. 4:07-CV-00790 JMM

SOUTHEASTERN EMPLOYEE BENEFIT
SERVICES, INC., FIRST CHARTER
CORPORATION, PAYCHEX, INC., and
STEPHENS INC. d/b/a STEPHENS
CAPITAL MANAGEMENT                                    DEFENDANTS


STEPHENS INC. d/b/a STEPHENS
CAPITAL MANAGEMENT                                    THIRD-PARTY PLAINTIFF

v.

SUNRISE ARKANSAS, INC.
DEFINED BENEFIT PLAN,
ITW SAVINGS AND INVESTMENT PLAN, and
ILLINOIS TOOL WORKS INC. MASTER
PENSION TRUST                                         THIRD-PARTY DEFENDANTS

## ORDER

Pending is Stephens Inc.'s motion to stay proceedings and vacate trial setting. (Docket # 97). Plaintiffs Bill and Edith Ramsey and Sunrise Arkansas, Inc. as Plan Sponsor and Third Party Defendants Sunrise Arkansas Inc, Defined Benefit Plan, ITW Savings and Investment Plan and Illinois Tool Works, Inc., Master Pension Trust filed a joint response opposing Stephens' motion. Stephens filed a reply.

For good cause shown, the motion to stay proceedings and vacate trial setting is GRANTED. The Court finds that a stay of proceedings until the Court rules on the pending dispositive motion will not unfairly prejudice the Plaintiffs. Accordingly, this case will be administratively stayed pending consideration of the dispositive motion. The

2

current trial setting the week of October 13, 2009 is vacated. An amended scheduling order will be entered if necessary following the Court's ruling on the pending motion.

IT IS SO ORDERED this 21st day of July, 2009.

_____
James M. Moody
United States District Judge